IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00837-RPM

SCOTT SCHUETT,

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
DENVER POLICE DEPARTMENT,
DENVER ANIMAL CONTROL,
OTHER OFFICERS PRESENT,
GERALD R. WHITMAN, and
EDWARD ASH,

     Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 14, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 9, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated:  May 14th, 2009

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge