IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00837-RPM

SCOTT SCHUETT,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
GERALD R. WHITMAN, and
EDWARD ASH,
TOM SHERWOOD, and
ALAN FLEMING,

    Defendants.

---

## ORDER EXTENDING DEADLINES

---

Pursuant to the hearing held today, it is

ORDERED that all times in the present scheduling order are advanced thirty days.

Dated:  October 21st, 2009

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge