IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00837-RPM

SCOTT SCHUETT,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
GERALD R. WHITMAN,
EDWARD ASH,
TOM SHERWOOD, and
ALAN FLEMING, in their official and individual capacities,

      Defendants.

---

ORDER DENYING PLAINTIFF'S MOTION TO WITHDRAW JURY TRIAL DEMAND

---

      Upon consideration of the defendants' objection, filed November 6, 2009, to the plaintiff's motion to request a trial to the court and withdraw prior jury trial demand, it is

      ORDERED that the plaintiff's motion is denied.

.      Dated:  November 6th , 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge