IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00837-RPM

SCOTT SCHUETT,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
GERALD R. WHITMAN, and
EDWARD ASH,
TOM SHERWOOD, and
ALAN FLEMING,

      Defendants.

---

ORDER VACATING CALENDAR CALL AND SETTING PRETRIAL CONFERENCE

---

      Upon consideration of Defendants' Unopposed Motion to Vacate and Reset Calendar Call [28], it is

      ORDERED that this case is removed from the April 16, 2010, Calendar Call and it is

      FURTHER ORDERED that a pretrial conference is scheduled for **April 30, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 22, 2010.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

      Dated: February 3rd, 2010

                                                     BY THE COURT:

                                                     s/Richard P. Matsch

                                                     _____

                                                     Richard P. Matsch, Senior District Judge