IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00837-RPM

SCOTT SCHUETT,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
GERALD R. WHITMAN,
EDWARD ASH,
TOM SHERWOOD, and
ALAN FLEMING, in their official and individual capacities,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [32] filed on May 20, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys fees.

.    Dated: May 20th, 2010

    BY THE COURT:

    s/Richard P.Matsch

    _____
    Richard P. Matsch, Senior District Judge